```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12445
    CHARLES B JOHNSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-5629


-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/30/06 and confirmed on 12/13/06.

    2.  The case was dismissed after confirmation, 01/11/2008.

    3.  The Debtor paid a total of $   3300.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
-------------------------------------------------------------------------
FIFTH THIRD BANK         CURRENT MORTG          .00            .00              .00
FIFTH THIRD BANK         SECURED                .00            .00              .00
BECKET & LEE LLP         UNSECURED         12849.09            .00           371.49
ASSET ACCEPTANCE CORP    UNSECURED          9534.48            .00           275.67
COMMUNITY PROP MGMT CORP UNSECURED         NOT FILED           .00              .00
HARVARD COLLECTION SERVI UNSECURED         NOT FILED           .00              .00
LEASECOMM                UNSECURED         NOT FILED           .00              .00
MED BUSINESS BUREAU      UNSECURED         NOT FILED           .00              .00
MCS                      UNSECURED         NOT FILED           .00              .00
NICOR GAS                UNSECURED         NOT FILED           .00              .00
APLM LTD                 UNSECURED         NOT FILED           .00              .00
DREYER MEDICAL CLINIC    UNSECURED         NOT FILED           .00              .00
RUSH COPLEY MEDICAL CENT UNSECURED         NOT FILED           .00              .00
RUSH COPLEY MEDICAL CENT UNSECURED         NOT FILED           .00              .00
VALLEY IMAGING CONSULTAN UNSECURED         NOT FILED           .00              .00
CAVALRY SPV II LLC       UNSECURED         26578.31            .00           619.52
          Summary of disbursements:
-------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER          TOTAL

TOTAL CLMS ALLOWED      .00           .00     48961.88         .00        48961.88
PRINCIPAL PAID          .00           .00      1266.68         .00         1266.68
INTEREST PAID           .00           .00          .00         .00              .00
TOTAL PAID              .00           .00      1266.68         .00         1266.68
The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2500.00
and was paid $    600.00   direct and $   1900.00   through the plan.

The Trustee received $    133.32 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                          PAGE   2
        CASE NO. 06 B 12445 CHARLES B JOHNSON